THE CITY OF OSWEGO v. W. H. BELT.

CRIMINAL TRIAL; *Verdict, or Finding, of "Not Guilty," Conclusive.* In a criminal prosecution, where the defendant has pleaded not guilty to the charge, and where the case is submitted to the court without a jury for decision, either upon testimony or an agreed statement of facts, and the court finds the defendant not guilty, such finding is conclusive, and cannot be set aside and a new trial granted either upon appeal or by petition in error.

*Error from Labette District Court.*

COMPLAINT against *Belt* for selling intoxicating liquors without license. The district court, at the May Term 1875, found defendant not guilty, and *The City of Oswego* brings the case here for review.

*Nelson Case,* for plaintiff.

*F. A. Bettis,* for defendant.

The opinion of the court was delivered by

BREWER, J.: Defendant was charged with selling liquor without a license in the city of Oswego, in violation of an ordinance of said city. He was convicted on a trial before the police judge of the city. On appeal to the district court, the case was submitted upon an agreed statement of facts to the court, who found the defendant not guilty. The city seeks by petition in error to reverse this acquittal, and secure a retrial of the charge. This cannot be done. *City of Olathe v. Adams,* 15 Kas. 391.

As to the question whether a druggist is allowed to sell liquor without having a license, see the case of *City of Salina v. Seitz,* ante, 143.

The petition in error will be dismissed.

All the Justices concurring.